SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
JUDITH R. HARPER, OSB #903260
Assistant United States Attorney
Judi.Harper@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone:  (541) 776-3564
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:21-cv-00434-BR** |
| **Plaintiff,** | |
| **v.** | **COMPLAINT, *in rem,* FOR FORFEITURE** |
| **$19,000.00 U.S. CURRENCY, *in rem*,** | |
| **Defendant.** | |

Plaintiff, United States of America, for its complaint *in rem* for forfeiture, alleges:

I.

This Court has subject matter jurisdiction, *in rem* jurisdiction, and venue pursuant to

21 U.S.C. § 881; 28 U.S.C. §§ 1345, 1355, 1356, and 1395; and 19 U.S.C. § 1610.

II.

Defendant, *in rem*, $19,000.00 U.S. Currency, was seized in the District of Oregon, and is

now and during the pendency of this action will be within the jurisdiction of this Court.

**Complaint *in rem* for Forfeiture**                                                    **Page 1**

III.

Defendant, *in rem*, $19,000.00 U.S. Currency represents proceeds traceable to an exchange for controlled substances or were used or intended to be used to facilitate such a transaction in violation of 21 U.S.C. § 841(a)(1), and is forfeitable to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6), as more particularly set forth in the declaration of Jed Rzegocki, Special Agent, Department of Homeland Security, Homeland Security Investigations, marked as Exhibit A, attached and fully incorporated herein by this reference.

WHEREFORE, plaintiff, United States of America, prays that due process issue to enforce the forfeiture of defendant, *in rem*, $19,000.00 U.S. Currency, that due notice be given to all interested persons to appear and show cause why forfeiture of these defendants, *in rem*, should not be decreed; that due proceedings be had thereon; that these defendants be forfeited to the United States; that the plaintiff United States of America be awarded its costs and disbursements incurred in this action.

DATED: March 22, 2021.              Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*s/ Judith R. Harper*
JUDITH R. HARPER
Assistant United States Attorney

**Complaint *in rem* for Forfeiture**                                    **Page 2**

**VERIFICATION**

I, Jed Rzegocki, declare under penalty of perjury, pursuant to the provisions of 28 U.S.C. Section 1746, that I am a Task Force Officer with the Homeland Security Investigations and that the foregoing Complaint *in rem* for Forfeiture is made on the basis of information officially furnished and upon the basis of such information the Complaint *in rem* for Forfeiture is true as I verily believe.

_s/Jed Rzegocki_
JED RZEGOCKI
Task Force Officer
Homeland Security Investigations

**Complaint *in rem* for Forfeiture**                                                    **Page 3**